# DECISIONS IN CASES NOT REPORTED.

Since the granting of the order appealed from, that decision has been affirmed (54 N. Y. St. Repr. 932). The order should be af-

firmed, with fifty dollars costs and printing disbursements. Present — Van Brunt, P. J., Follett and Parker, JJ.

---

## FIFTH DEPARTMENT, JANUARY TERM, 1894.

In the Matter of the Settlement of the Account of the Administrator of Danforth Daggett, Deceased.— Order of Surrogate's Court of Cattaraugus county appealed from affirmed, with costs.

John Metzler, Respondent, v. The Rochester City and Brighton Railroad Company, Appellant.— Judgment appealed from reversed and a new trial granted upon the authority of *Burmingham* v. *Same* (137 N. Y. 13).

Thomas H. Groves, Appellant, v. John Rice et al., Respondents.— Judgment appealed from affirmed, with costs, on the ground stated in the opinion of Bradley, J., at Special Term.

Horace C. Brewster v. Chauncey C. Starkweather et al.— Defendants' motion for a new trial denied, with costs, and judgment ordered for the plaintiff on the verdict.

Flora A. Taylor, Appellant, v. Grand Lodge of the Ancient Order of United Workmen of the State of New York, Respondent.— Judgment appealed from affirmed on the opinion of Ward, J., at the Circuit.

John H. Frederick, Appellant, v. Goodman Street Homestead Association; H. C. Brewster et al., Respondents.— Judgment appealed from affirmed, with costs, on the opinion of Bradley, J., at Special Term.

Leroy Cady, Respondent, v. The Rochester Railway Company, Appellant.— Judgment and order appealed from affirmed and leave granted to appeal to the Court of Appeals on the ground that a question of law is involved which ought to be reviewed by that court.

Andrew Downie and Jennie L. Gallagher, Respondents, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order appealed from affirmed.

De Witt C. Reed, Respondent, v. Nathaniel Chilson and Another, Appellants.— Judgment appealed from affirmed, with costs.

Andrew K. Smith, Appellant, v. James E. Taylor and Another, Respondents.— Judgment appealed from affirmed, with costs.

Thomas Jones, as Receiver of the Rheubottom and Teall Manufacturing Company, Respondent, v. Ferdinand S. M. Blunn and Another, Appellants.— Judgment appealed from affirmed, with costs.

Charles N. Tompkins et al., Appellants, v. Charles Hunter et al., Respondents.— Judgment appealed from affirmed, with costs, on the opinion of Bradley, J., at Special Term

The Lumber Exchange Bank et al., Respondents, v. Oliver A. Jenkins, Appellant.— Order appealed from affirmed, with costs, on the opinion of Childs, J., at Circuit.

Emma E. McCabe and Another, Respondents, v. The City of Buffalo, Appellant.— Judgment and order appealed from affirmed.— Appeal by the defendant from a judgment entered on the verdict of a jury in favor of the plaintiff at the Erie Circuit, and from an order denying the defendant's motion for a new trial on the minutes of the court.—

PER CURIAM: This case was once before in this court on a similar appeal by the defendant, and a new trial was granted on the ground that the evidence failed to show that the plaintiffs were not guilty of negligence which contributed to produce the injury complained of. (Same title, 45 N. Y. St. Repr.

457.) Upon the new trial which has been had the evidence adduced seems to have taken the plaintiffs' case out of the condemnation of our previous judgment, so far, at least, as to render the question of the plaintiffs' contributory negligence properly a question of fact to be submitted to the jury. It was so submitted with instructions which did no violence to the principles upon which the previous appeal was determined, and there were no exceptions taken on the trial which seem to require discussion. It follows that the judgment and order now appealed from should be affirmed. Present — Dwight, P. J., Lewis and Haight, JJ.

Thomas A. Myers et al., Respondents, v. Rochester and Honeoye Valley Railroad Company, Appellant.— Judgment appealed from affirmed, with costs.

In the Matter of the Application of Jane Le Breton Brugh, an Alleged Lunatic.— The order of the Special Term modified by striking out the words " except as to the allowance of commission to said committee, and it is ordered that no commission be allowed said committee and that her application therefor be and is hereby denied," and as so modified affirmed, without costs of this appeal to either party.

Horace A. Reynolds, Individually and as Administrator, etc., Respondent, v. William P. Sisson et al., Appellants.— Order appealed from affirmed, with ten dollars costs and disbursements.

A. F. Allen Brown, as Permanent Trustee under the Will of N. A. Lowry, Deceased, Respondent, v. Chautauqua County National Bank and George S. Gifford, Appellants.— Order appealed from affirmed, with ten dollars costs and disbursements.

M. Wallace Clark, Appellant, v. Eliza W. Clark, Individually and as Administratrix, Respondent.— Judgment appealed from affirmed, with costs, on the opinion of Bradley, J., at Special Term; Bradley, J., not sitting.

Percilla Hunter, Respondent, v. The City of Rochester, Appellant.— Judgment appealed from affirmed; Bradley, J., not sitting.

L. D. Harmon, Administrator, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order appealed from affirmed.

William T. Bradley, as Administrator, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order appealed from affirmed.

Pascal D. Parker et al., Appellants, v. Edward Webster, as Executor, etc., Respondent.— Judgment appealed from affirmed. Opinion by Bradley, J. (Not published by direction of the judge.)

In the Matter of the Probate of the Last Will and Testament of Solander Carver, Deceased.— Decree of the Surrogate's Court of Cattaraugus County appealed from affirmed, without costs of this appeal to either party, on the opinion of the surrogate.

Frank D. Wright, Respondent, v. George Mastin and Eliza J. Mastin, Appellants.— Judgment appealed from affirmed, with costs.

Henry C. Pierce, Appellant, v. J. A. Reddish, Respondent.— Judgment of the County